**No. 58405.**—John H. Faunce, Inc., and R. C. A. Victor Div., Radio Corp. of America *v.* United States, protests 144064–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper record containers the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 127, C. A. D. 541), the claim of the plaintiffs was sustained.

**No. 58406.**—Harold A. Sothern et al. *v.* United States, protests 179728–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Harold A. Sothern* v. *United States* (32 Cust. Ct. 216, C. D. 1605), the claim of the plaintiffs was sustained.

**No. 58407.**—J. F. Goldkamp & Company *v.* United States, protests 153520–K, 154491–K, and 155884–K (St. Louis).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as the toilet paper in rolls the subject of *Douglas Paper Co.* v. *United States* (30 Cust. Ct. 87, C. D. 1501), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 30, 1954

**No. 58408.**—Holzer Company *v.* United States, protest 166150–K (Philadelphia).

EKWALL, Judge:   This case involves the rate at which the currency of the invoice, Swiss francs, should be converted into United States dollars under section 522 of the Tariff Act of 1930.   The collector, in liquidation, adopted the "free" rate which plaintiff claims is illegal.   Plaintiff contends that the "official" rate of exchange should have been used.

At the hearing, it was stipulated that, in view of the CIE circular in evidence, the merchandise would be returned at the official rate of exchange.   Upon this stipulation, together with the exhibit, the case was submitted.

In view of the agreement of counsel, we sustain plaintiff's claim and hold that the "official" rate of exchange should have been used in liquidation.   Judgment will be rendered accordingly.